IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANTONIA RODRIGUEZ AND, DANNY RODRIGUEZ §§§§<br>  *Plaintiffs*, | |
| v. | CIVIL ACTION NO. 4:22-CV-00506-ALM_CAN |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-19, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCATION, AS TRUSTEE AND NATIONSTAR MORTGAGE LLC /D/B/A MR. COOPER<br>  *Defendants*. | |

**UNOPPOSED MOTION TO WITHDRAW
CHRISTOPHER WEST AS COUNSEL FOR PLAINTIFF**

**TO THE HONORABLE COURT:**

Robert C. Lane, Joshua D. Gordon, and The Lane Law Firm, P.L.L.C. ("Movants") ask this Court's permission to withdraw Christopher C. West as Counsel for Antonia Rodriguez and Danny Rodriguez ("Plaintiffs"). This Motion only encompasses Christopher C. West, previously employed with The Lane Law Firm, P.L.L.C., and in support thereof would show the following:

1. Defendants are Lehman XS Trust Mortgage Pass-Through Certificates, Series 2006-19, U.S. Bank National Association, as Trustee, Successor in Interest to Wilmington Trust Company, as Trustee, Successor In Interest to Bank of America National Association, as

1

Trustee, Successor by Merger to LaSalle Bank National Association, as Trustee and Nationstar Mortgage d/b/a Mr. Cooper ("Defendants").

2. Plaintiffs are Antonia Rodriguez and Danny Rodriguez ("Plaintiffs").

3. Christopher C. West previously was employed as an attorney with The Lane Law Firm, P.L.L.C.

4. Christopher C. West is no longer employed with The Lane Law Firm. Therefore, he can no longer represent clients of The Lane Law Firm and should be withdrawn from this lawsuit.

5. Movants continue to represent Plaintiffs.

6. This motion will not delay the prosecution of this case.

WHEREFORE, PREMISES CONSIDERED, Robert C. Lane, Joshua D. Gordon, and The Lane Law Firm, P.L.L.C. ask that this Court grant this Unopposed Motion to Withdraw Christopher C. West as Counsel for Plaintiffs.

Respectfully submitted this 21st day of September 2022,

**THE LANE LAW FIRM, PLLC**

By: */s/ Joshua D. Gordon*
Robert "Chip" C. Lane
State Bar No. 24046263
Notifications@lanelaw.com
Joshua D. Gordon
State Bar No 24091592
Joshua.gordon@lanelaw.com
**THE LANE LAW FIRM, P.L.L.C.**
6200 Savoy Drive, Suite 1150
Houston, Texas 77036
(713) 595-8200 Telephone
(713) 595-8201 Facsimile
**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on September 13, 2022, I conferred with counsel for Defendants regarding this Motion. The Motion is unopposed.

/s/ Joshua D. Gordon
Joshua D. Gordon

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2022, a copy of the foregoing was served via the Court's electronic filing system as follows:

Shelley L. Hopkins
HOPKINS LAW, PLLC
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP - *Of Counsel*
ShelleyH@bdfgroup.com
shelley@hopkinslawtexas.com
Robert D. Forster, II
BARRETT DAFFIN FRAPPIER
TURNER & ENGEL, LLP
4004 Belt Line Road, Ste. 100
Addison, Texas 75001
(972) 386-5040
(972) 341-0734 (Facsimile)
RobertFO@bdfgroup.com
**ATTORNEYS FOR DEFENDANT**

/s/ Joshua D. Gordon
Joshua D. Gordon