IN THE UNITED STATES DISTRICT
COURT FOR THE EASTERN DISTRICT
OF TEXAS SHERMAN DIVISION

| | |
|---|---|
| ANTONIA RODRIGUEZ, et al. § § § Plaintiffs, § § v. § § LEHMAN XS TRUST MORTGAGE § PASS-THROUGH CERTIFICATES, § SERIES 2006-19, U.S. BANK NATIONAL § ASSOCIATION, AS TRUSTEE, § SUCCESSOR IN INTEREST TO § WILMINGTON TRUST COMPANY, AS § TRUSTEE, SUCCESSOR IN INTEREST § TO BANK OF AMERICA NATIONAL § ASSOCIATION, AS TRUSTEE, § SUCCESSOR BY MERGER TO LASALLE § BANK NATIONAL ASSOCIATION, § AS TRUSTEE, et al. § § Defendants. § | CIVIL ACTION NO. 4:22-CV-00506-ALM-AGD |

**ORDER**

On August 16, 2023, Plaintiffs requested a 60-day continuance (Dkt. #35) in order to secure counsel. On August 17, 2023, the court granted the motion and stayed the case during the pendency of Plaintiffs' attempts to secure counsel (Dkt. #36). On October 16, 2023, Plaintiffs notified the court that they have been unable to secure counsel and intend to file a response to Defendants' Motion for Summary Judgment (Dkt. #25) by October 27, 2023.

It is therefore **ORDERED** that the **STAY** is **LIFTED**.

It is further **ORDERED** that Plaintiffs must file a response to Defendants' Motion for Summary Judgment (Dkt. #25) no later than ***October 27, 2023.***

    IT IS SO ORDERED.
    SIGNED this 18th day of October, 2023.

_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE