**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ, ET AL., | § | |
| | § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:22-CV-00506-ALM- |
| v. | § | AGD |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| AS TRUSTEE, ET AL., | § | |
| | § | |
| Defendants. | § | |

**ORDER WITHDRAWING REPORT AND RECOMMENDATION**
**OF UNITED STATES MAGISTRATE  JUDGE**

On March 14, 2024, the court entered a Report and Recommendation in the above styled

and numbered cause (Dkt. #49). The court hereby orders that the above referenced Report and

Recommendation (Dkt. #49) be withdrawn.

**IT IS SO ORDERED**.

**SIGNED this 28th day of March, 2024.**


_____
AILEEN GOLDMAN DURRETT
UNITED STATES MAGISTRATE JUDGE