# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| ANTONIA RODRIGUEZ, et al., | § § § § § § § § § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | |
| LEHMAN XS TRUST MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-19, U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR IN INTEREST TO WILMINGTON TRUST COMPANY, AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA NATIONAL ASSOCIATION, AS TRUSTEE, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION, AS TRUSTEE, et al., | | CIVIL ACTION NO. 4:22-CV-00506-ALM-AGD |
| Defendants. | | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 4, 2024, the Report of the Magistrate Judge, (Dkt. #54), was entered containing proposed findings of fact and recommendation that Defendants' Motion for Summary Judgment (Dkt. #25) be granted; that Plaintiffs' case be dismissed with prejudice; that Defendants be granted leave to file a fee affidavit and Bill of Costs within fourteen days of the Court's adoption of the Report; and that Defendants' Motion to Strike (Dkt. #46) be granted.

The Court has conducted a de novo review of Plaintiffs' timely objections (Dkt. #55) and the portions of the Report to which Plaintiffs specifically object. Having done so, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit as to the ultimate recommendation of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Motion for Summary Judgment (Dkt. #25) is **GRANTED**; that Plaintiffs' case is **DISMISSED WITH PREJUDICE**; that Defendants are **GRANTED** leave to file a fee affidavit and Bill of Costs within fourteen days of entry of this Memorandum Adopting Report and Recommendation of Magistrate Judge; and that Defendants' Motion to Strike (Dkt. #46) is **GRANTED**.

**IT IS SO ORDERED.**

**SIGNED** this 23rd day of September, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE